**DENVER DEPARTMENT OF SOCIAL SERVICES and State Department of Social Services, Petitioners,**

v.

**E.C.L., Respondent.**

**No. 87SC211.**

Supreme Court of Colorado, En Banc.

Jan. 17, 1989.

ORDER OF COURT

Upon consideration of the briefs, the record submitted in the above cause and oral arguments by counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of *Certiorari* is *DISMISSED as having been improvidently granted.*